427 A.2d 255

Vaverchak v. Singer v. Futuro Fashions et al.

Appeal of Alexander Singer.

Argued December 4, 1979. William W. Warren, for appellant; Robert W. Munley, for Vaverchak, appellee; Daniel G. Flannery, for Harry Singer, appellee; Cody Brooks, for Futuro Fashions, Inc., appellee; Walter W. O'Hara, for Alexander Singer, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Judgment affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.